UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IN RE:<br>   Jonathan Lynn Koonce<br>   Cindy Marie Koonce<br><br>                               Debtors | CASE NO: 15-31405<br>      (Chapter 13)<br><br>JUDGE LAWRENCE S. WALTER |

### AMENDED TRUSTEE'S OBJECTION TO ALLOWANCE OF CLAIM

    Jeffrey M. Kellner, Chapter 13 Trustee, objects to the claim of ARMY & AIR FORCE EXCHANGE SERVICES, BASS & ASSOCIATES PC, 3936 E FT LOWELL RD, SUITE 200, TUCSON, AZ  85712, Trustee claim number 00041, Court claim number 11, filed June 25, 2015 in the amount of $6,337.64 of which $1,738.97 is a secured claim and $4,598.67 is an unsecured claim on the ground(s) that:

    The proof of claim was not accompanied by satisfactory evidence that a security interest has been perfected; [Rule 3001(d)].

    The copies of the signed receipts showing collateral only total $ 1483.36.

The Trustee moves that:

    The claim be allowed in secured in the amount of $ 1483.36 and the remaining $4854.28 as unsecured.

                                                 /s/ Jeffrey M. Kellner
                                                Jeffrey M. Kellner 0022205
                                                Chapter 13 Trustee
                                                131 N LUDLOW ST   SUITE 900
                                                DAYTON, OH  45402-1161
                                                (937)222-7600   Fax (937)222-7383
                                                email: chapter13@dayton13.com

15-31405

## NOTICE OF OBJECTION TO CLAIM

Jeffrey M Kellner, Chapter 13 Trustee, has filed an objection to your claim in this bankruptcy case.

**Your claim may be reduced, modified, or eliminated.**  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you do not want the court to reduce, modify or eliminate your claim, then on or before **thirty (30) days from the date set forth in the certificate of service for the objection to the claim**, you must file with the court a response explaining your position by mailing your response by regular U.S. Mail to Clerk, US Bankruptcy Court, Southern District of Ohio, 120 W Third St., Dayton, OH 45402 OR your attorney must file a response using the court's ECF system.

The court must receive your response on or before the above date.

You must also send a copy of your response either by 1) the court's ECF system or by 2) regular U.S. Mail to


Jonathan Lynn Koonce, 1800 Southlawn Drive, Fairborn, OH  45324

Cindy Marie Koonce, 1800 Southlawn Drive, Fairborn, OH  45324

RICHARD E WEST, 195 E CENTRAL AVE, BOX 938, SPRINGBORO, OH  45066

Jeffrey M. Kellner, Chapter 13 Trustee, 131 N. Ludlow St., Dayton, OH 45402

Office of the U.S. Trustee, 170 North High St., Suite 200, Columbus, OH 43215


If you or your attorney do not take these steps, the court may decide that you do not oppose the objection to claim and may enter an order reducing, modifying, or eliminating your claim without further hearing or notice.

CERTIFICATE OF SERVICE    15-31405

I hereby certify that on July 14, 2015, a copy of the attached was served on the following ECF participants electronically through the court's ECF System at the email address registered with the court.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

RICHARD E WEST
195 E CENTRAL AVE
BOX 938
SPRINGBORO, OH  45066

And on the following by ordinary U.S. Mail, on July 14, 2015:

Jonathan Lynn Koonce
Cindy Marie Koonce
1800 Southlawn Drive
Fairborn, OH  45324

(41.1)
ARMY & AIR FORCE EXCHANGE
SERVICES
BASS & ASSOCIATES PC
3936 E FT LOWELL RD
SUITE 200
TUCSON, AZ  85712

Jeffrey M Kellner, Trustee        /s/ Jeffrey M. Kellner            mb

1531405_91_20150710_1223_067/T306_mb
###