**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Lawrence S. Walter
United States Bankruptcy Judge

**Dated: August 26, 2015**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IN RE:<br>　Jonathan Lynn Koonce<br>　Cindy Marie Koonce<br>　　　　　　　　　　　Debtors | CASE NO: 15-31405<br>(Chapter 13)<br><br>JUDGE LAWRENCE S. WALTER |

ORDER SUSTAINING TRUSTEE'S OBJECTION TO ALLOWANCE OF CLAIM OF ARMY & AIR FORCE EXCHANGE SERVICES

　　Jeffrey M. Kellner, Chapter 13 Trustee, having filed an objection on July 14, 2015 (Doc. # 18) to the claim of ARMY & AIR FORCE EXCHANGE SERVICES, BASS & ASSOCIATES PC, 3936 E FT LOWELL RD, SUITE 200, TUCSON, AZ  85712, Trustee claim number 00041, Court claim number 11, filed June 25, 2015 in the amount of $6,337.64 of which $1,738.97 is a secured claim and $4,598.67 is an unsecured claim and the Court finding that no response has been timely filed by the debtor or ARMY & AIR FORCE EXCHANGE SERVICES.

IT IS ORDERED that:

The claim be allowed secured in the amount of $1483.36 and the remaining $4584.28 as unsecured.

IT IS SO ORDERED.

Submitted by:

/s/ Jeffrey M. Kellner

Jeffrey M. Kellner 0022205           mb
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

**Distribution:**
All Filing Parties and Additional Parties.

(41.1)
ARMY & AIR FORCE EXCHANGE
SERVICES
BASS & ASSOCIATES PC
3936 E FT LOWELL RD
SUITE 200
TUCSON, AZ  85712

1531405_147_20150824_1214_067/T308_mb
###